Whitney, Thompson & Jeffcoach LLP
Timothy L. Thompson, #133537
tthompson@wtjlaw.com
Jessica L. Thomason, #340704
jthomason@wtjlaw.com
970 W. Alluvial Ave.
Fresno, California 93711
Telephone: (559) 753-2550
Facsimile: (559) 753-2560

Attorneys for PANOCHE CREEK PACKING, INC.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION

| | |
|---|---|
| PANOCHE CREEK PACKING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREAT HOST INTERNATIONAL, INC., a Texas corporation, doing business as, ANDALUCIA NUTS; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:24-CV-00843-SKO<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>(Doc. 17)<br><br>Action Filed:         June 11, 2024<br>Action Filed USDC:  July 19, 2024 |

Pursuant to Local Rule 271, PANOCHE CREEK PACKING, INC. and GREAT HOST INTERNATIONAL, INC. dba ANDALUCIA NUTS ("Parties") hereby agree to submit the above entitled action to the Voluntary Dispute Resolution Program ("VDRP").

The Parties propose that the VDRP process will be completed by February 28, 2025.

The Parties are requesting that the VDRP session be scheduled for the first week of February 2025, given that the Parties respective initial disclosures will be exchanged January 16, 2025.

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271

1

Dated: October 16, 2024								WHITNEY, THOMPSON & JEFFCOACH LLP

By:	/s/ Jessica L. Thomason
Timothy L. Thompson
Jessica L. Thomason
Attorneys for PANOCHE CREEK PACKING, INC.

Dated: October 24, 2024								PHAM LAW PPLC

By:	/s/ Frank H. Pham
Frank H. Pham
Attorneys for GREAT HOST INTERNATIONAL, INC., doing business as, ANDALUCIA NUTS

**ORDER**

Pursuant to the foregoing stipulation of the parties (Doc. 17) and E.D. Cal. Local Rule 271, this matter is hereby REFERRED to Voluntary Dispute Resolution Program ("VDRP") according to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **October 28, 2024**				/s/ *Sheila K. Oberto*
									UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271

2