

# United States District Court
# Eastern District of California

| Panoche Creek Packing Inc. | Case Number: 1:24-cv-00843-SKO |

Plaintiff(s)

V.

| Great Host International Inc. d/b/a Andalucia Nuts |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jeremy M. Masten hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Great Host International Inc. d/b/a Andalucia Nuts

On November 2, 2012 (date), I was admitted to practice and presently in good standing in the State of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: June 13, 2025    Signature of Applicant: /s/ Jeremy M. Masten

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jeremy M. Masten |
| Law Firm Name: | The Masten Law Firm PLLC |
| Address: | P.O. Box 541411 |
| City: | Houston    State: TX    Zip: 77254 |
| Phone Number w/Area Code: | (254) 307-9185 |
| City and State of Residence: | Houston, Texas |
| Primary E-mail Address: | jeremy@themastenlawfirm.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Frank H. Pham |
| Law Firm Name: | Pham Law PLLC |
| Address: | 6901 Corporate Drive, Suite 107 |
| City: | Houston    State: TX    Zip: 77036 |
| Phone Number w/Area Code: | (281) 215-5167    Bar #: 332644 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7/10/2025

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT