# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANOCHE CREEK PACKING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREAT HOST INTERNATIONAL, INC., a Texas corporation, doing business as, ANDALUCIA NUTS; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:24-cv-00843-SKO<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>(Doc. 25) |

**ORDER**

The parties filed a Joint Stipulation to extend the Non-Expert Discovery deadline from September 8, 2025, to October 31, 2025, and to leave all other deadlines in full force and effect. (Doc. 24).

The Court finds good cause to **ORDER** that the Non-Expert Discovery Deadline be extended to October 31, 2025. All other deadlines shall remain unchanged.

IT IS SO ORDERED.

Dated:  **September 8, 2025**            /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE