Whitney, Thompson & Jeffcoach LLP
Timothy L. Thompson, #133537
  tthompson@wtjlaw.com
Jessica L. Thomason, #340704
  jthomason@wtjlaw.com
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:    (559) 753-2550
Facsimile:    (559) 753-2560

Attorneys for PANOCHE CREEK PACKING, INC.

Frank H. Pham (SBN 332644)
**PHAM LAW PLLC**
6901 Corporate Dr. Suite 107
Houston, TX 77036
Telephone: (281) 215-5167
Facsimile: (832) 201-0631
Email: frankp@phampllc.com

Jeremy M. Maten
The Masten Law Firm PLLC
P.O. Box 541411
Houston, TX 77254
Telephone: (254) 307-9185
Email: jeremy@themastenlawfirm.com

Attorneys for GREAT HOST INTERNATIONAL, INC., a Texas corporation, doing business as, ANDALUCIA NUTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION

| | |
|---|---|
| PANOCHE CREEK PACKING, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREAT HOST INTERNATIONAL, INC., a Texas corporation, doing business as, ANDALUCIA NUTS; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:24-CV-00843-SKO<br><br>**SECOND JOINT STIPULATION OF THE PARTIES TO MODIFY SCHEDULING ORDER AND ORDER THEREON**<br><br>**(Doc. 30)**<br><br>Action Filed:　　　June 11, 2024<br>Action Filed USDC:　July 19, 2024<br>Trial Date:　　　　March 31, 2026 |

Plaintiff PANOCHE CREEK PACKING, INC. ("Plaintiff") and Defendant GREAT HOST INTERNATIONAL, INC. dba ANDALUCIA NUTS ("Defendant") (collectively Plaintiff and Defendant, "Parties"), by and through their attorneys of record, hereby stipulate as follows:

**RECITALS**

A. The Court issued its Scheduling Order on October 24, 2024 (Document 18) (the "Scheduling Order"). The Scheduling Order set the Non-Expert Discovery deadline as September 8, 2025.

B. On September 8, 2025, the Court found good cause to Order that the Non-Expert Discovery Deadline be extended to October 31, 2025. (Document 25.)

C. The Parties believe that good cause exists to extend the Non-Expert Discovery Cutoff to December 1, 2025.  The following are the grounds for the request:

　　1. On October 28, 2025, Plaintiff and Defendant, by and through their respective counsel, agreed to material terms of a settlement which would resolve the claims in this action.

　　2. Counsel to the Parties are preparing the settlement documents, but require additional time to prepare, review, and revise the same.

　　3. There are remaining depositions set to occur on October 31, 2025 and written discovery responses also due to be served on that date. Although resolution of this matter is imminent, until there is a binding settlement agreement, the Parties must protect time regarding non-expert discovery. Therefore, further extension of the non-expert discovery cutoff will provide time for the matter to be formally resolved, without the Parties needing to expend resources and fees on depositions and written discovery in the coming days.

For the above reasons, the Parties respectfully request the Court grant the present request to modify the non-expert discovery cutoff.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. The Non-Expert Discovery deadline shall be extended from October 31, 2025 to December 1, 2025.

2. All other deadlines set forth in the Scheduling Order shall remain in full force and

effect.

Dated: October 29, 2025                    WHITNEY, THOMPSON & JEFFCOACH LLP

By: /s/ Jessica L. Thomason
Timothy L. Thompson
Jessica L. Thomason
Attorneys for PANOCHE CREEK PACKING, INC.

Dated: October 29, 2025                    PHAM LAW PLLC

By: /s/ Frank H. Pham
Frank H. Pham
Attorneys for GREAT HOST INTERNATIONAL, INC., doing business as, ANDALUCIA NUTS

Dated: October 30, 2025                    THE MASTEN LAW FIRM PLLC

By: /s/ Jeremy M. Masten
Jeremy M. Masten
Attorneys for GREAT HOST INTERNATIONAL, INC., doing business as, ANDALUCIA NUTS

## ORDER

Having reviewed the above stipulation of counsel (Doc. 30) and Declaration of Jessica L. Thomason, the Court finds good cause under Fed. R. Civ. P. 16(b)(4) to grant the Parties' request to modify the non-expert discovery cutoff as stated above. The Non-Expert Discovery deadline shall be extended from October 31, 2025, to **December 1, 2025**. All other, non-expired deadlines set forth in the Scheduling Order (Doc. 18) shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **November 3, 2025**           */s/ Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE